# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Lisa A. Urich,   Case No. 3:18CV912

    Plaintiff

    v.   **ORDER**

Commissioner of Social Security,

    Defendant

This is a Social Security case in which the plaintiff, Lisa Urich, appeals the Commissioner's decision denying him disability benefits.

An administrative law judge (ALJ) concluded that, although Urich suffers from severe impairments, she has the residual functional capacity (RFC) to perform light work subject to certain limitations. (Doc. 8 at 17). The ALJ further opined that, within this RFC, Urich could work in a significant number of jobs that exist in the national economy. (*Id.* at 27).

Pending is Magistrate Judge Knepp's Report & Recommendation (Doc. 15). The R&R recommends that I reverse and remand the ALJ's decision.

The Magistrate Judge advised that any objections to the R&R be due within fourteen days. The Commissioner has not objected to the R&R, and the fourteen-day deadline has passed. I therefore find that the parties have waived their right to *de novo* review. *See Thomas v. Arn*, 728 F.2d 813, 814-15 (6th Cir. 1984).

It is, therefore,

ORDERED THAT

1. The Magistrate Judge's Report and Recommendation (Doc. 15) be, and the same hereby is, adopted as the order of this court; and

2. The Commissioner's decision be, and the same hereby is, reversed and remanded consistent with the recommendations in the R&R.

So ordered.

                                              <u>/s/ James G. Carr</u>
                                              Sr. U.S. District Judge